In the Matter of the Claim of MAE H. HAYES against CITY OF NEW YORK, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

Argued April 11, 1939; decided May 16, 1939.

744

*John J. Bennett, Jr., Attorney-General* (*Leon Freedman* and *Joseph A. McLaughlin* of counsel), for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Samuel A. Bloom* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.